160 A.3d 557

**STAMPS, Rupert**

v.

**STATE of Maryland**

**Pet. Docket No. 43, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Opinion of the Court of Special Appeals unreported (No. 2260, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

160 A.3d 557

**TORBIT**

v.

**BALTIMORE CITY POLICE DEPT.**

**Pet. Docket No. 38, Sept. Term, 2017**

Court of Appeals of Maryland.

May 22, 2017

Reported below: 231 Md.App. 573, 153 A.3d 847.

Petition for writ of certiorari denied.